# EXHIBIT E

**From:** Patrick Morris <prm@patrickmorrislaw.com>
**Date:** April 2, 2025 at 5:19:32 AM EDT
**To:** "David, Donald (Ptnr-NY)" <donald.david@akerman.com>
**Cc:** "Scott, Samuel (Assoc-Dal)" <sam.scott@akerman.com>
**Subject: Re: Kelli Dann Austin**

**[External to Akerman]**

I do not represent Ms. Austin in this matter.

Respectfully,

**Patrick Ryan Morris**
**MORRIS LEGAL CORP.**
T +1 917 905 9804
M +1 917 621 1110
M +33 7 44 10 38 73
F +1 917 970 8446

305 Broadway, Suite 777
New York, NY 10007
www.morrislegal-pc.com

**Our office is open Monday - Thursday 8:00 - 5:00 and Friday 8:00 - 3:00.**

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error. All rights reserved.

---

**From:** donald.david@akerman.com <donald.david@akerman.com>
**Sent:** Tuesday, April 1, 2025 3:52 PM
**To:** Patrick Morris <prm@patrickmorrislaw.com>
**Cc:** sam.scott@akerman.com <sam.scott@akerman.com>
**Subject:** Kelli Dann Austin

Mr.. Morris:

A voluntary bankruptcy petition was filed on behalf of Ms. Kelli D. Austin today in connection with a judicial sale that was scheduled for today. You are identified as Ms. Austin's counsel, but you have not actually signed the petition. As I represent the creditor of Ms. Austin, I do not wish to communicate directly with Ms. Austin if she is, in fact, represented by you as counsel. Please advise if you are her counsel or not so I may comply with the appropriate rules.

As I intend to file responsive papers immediately, I would appreciate it if you would tell me whether you represent her or not by tomorrow noon. Thank you.

vCard | Profile

akerman

700+ Lawyers
26 Offices
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.