**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 25-31847** |
| | § | |
| **KELLI DIANN AUSTIN,** | § | **Chapter 13** |
| **SSN: xxx-xx-2440** | § | |
| | § | |
| | § | |
| *Debtor*. | § | |

### NOTICE OF EMERGENCY HEARING

**PLEASE TAKE NOTICE** that the hearing on GLD Sponsor Member, LLC's *Emergency Amended Motion to Dismiss with Prejudice* [Docket No. 12] (the "Motion") has been set for hearing on **Tuesday, April 22, 2025 at 10:30 a.m. (CT)** (the "Hearing"), before the Honorable Bankruptcy Judge Alfredo R. Perez.

**PLEASE TAKE FURTHER NOTICE** that parties may appear in person or by remote participation at the Hearing. For those that wish to participate in person, the Hearing will be conducted in Courtroom 400, 4th Floor, at the Bob Casey United States Courthouse, located at 515 Rusk Avenue, Houston, TX 77002. For those who wish to participate remotely, the audio communications will be via the Court's dial-in facility. You may access the facility at 1-832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Perez's conference code is 282694. Video communication will be via the GotoMeeting Platform. Connect via the free GoToMeeting application or click the link on Judge Perez's home page at https://meet.goto.com/JudgePerez on the Southern District of Texas website. The meeting code is "JudgePerez."

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your electronic

80995769;1

appearance, click the "Electronic Appearance" link on Judge Perez's home page. Select the case

name, complete the required fields, and click "Submit" to complete your appearance.


Dated: April 16, 2025                    Respectfully submitted,

                                         AKERMAN LLP

                                          _/s/ Samuel T. Scott, Jr._
                                         **Michael D. Napoli**
                                         State Bar No. 14803400
                                         michael.napoli@akerman.com
                                         **Samuel T. Scott, Jr.**
                                         State Bar no. 24117031
                                         sam.scott@akerman.com
                                         2001 Ross Avenue, Suite 3600
                                         Dallas, Texas 75201
                                         Telephone: (214) 720-4300
                                         Facsimile: (214) 981-9339

                                         ATTORNEYS FOR GLD SPONSOR MEMBER
                                         LLC

80995769;1

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on April 16, 2025, a true and correct copy of the foregoing was served via First Class Mail, overnight delivery and/or the Court's Electronic Case Filing System to all parties of record, including:

*Debtor*
Kelli Diann Austin
3002 Royal Palm
Baytown, TX 77523

*Chapter 13 Trustee*
Tiffany D. Castro
1220 Augusta Dr., Ste 500
Houston, TX 77057
ecf@ch13hou.com

*U.S. Trustee*
Office of the U.S. Trustee
515 Rusk Ave., Ste 3516
Houston, TX 77002
USTPRegion07.HU.ECF@USDOJ.GOV

             */s/ Samuel T. Scott, Jr.*
             Samuel T. Scott, Jr.

80995769;1