United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-31847 |
| | § | |
| KELLI DIANN AUSTIN, | § | Chapter 13 |
| SSN: xxx-xx-2440 | § | |
| | § | |
| Debtor. | § | |

### ORDER ON EMERGENCY MOTION FOR CONTINUANCE

CAME ON for consideration, the Emergency Motion for Continuance of Hearing on GLD Sponsor Member, LLC's Motion to Dismiss with Prejudice (the "Motion"). The Court having reviewed the Motion and finding good cause exists, hereby grants the Motion. It is therefore,

ORDERED that the Emergency Motion for Continuance of Hearing is granted;

IT IS FURTHER ORDERED that the hearing presently scheduled before the this Court for April 22, 2025 on GLD Sponsor Member, LLC's Emergency Amended Motion to Dismiss [Docket No. 12] is hereby continued to May 14, 2025 at 3:00 pm. Movant is to notice all interested parties and file a certificate of service with the Court.

Signed: April 21, 2025

Alfredo R Pérez
United States Bankruptcy Judge

81059307;1