United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 14, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 25-31847** |
| KELLI DIANN AUSTIN, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 13** |

### 14-DAY ORDER WITH RESPECT TO THE MOTION TO DISMISS
(Relates to ECF Nos. 11, 12 and 24)

For the reasons stated on the record, the Debtor has until May 28, 2025, to comply with the requirements imposed on debtors in Chapter 13 including but not limited to 11 U.S.C. section 521. Failure to comply by May 28, 2025, will result in dismissal of this case.

If the Debtor fails to comply, the Trustee can upload a dismissal order for the Court's consideration.

The motion at Docket No. 24 is terminated as moot.

SIGNED 05/14/2025

Alfredo R Pérez
United States Bankruptcy Judge