In the United States Bankruptcy Court
Southern District of Texas
Houston Division

In Re: Kelli Diann Austin  
      3002 Royal Palm  
      Baytown, Tx  77523  
Debtor

Case Number: 25-31847-H2-13

Chapter 13

## TRUSTEE'S CERTIFICATION OF NON-COMPLIANCE

I, Tiffany D. Castro, Trustee, do hereby certify that the Debtor herein have failed to comply with the Courtroom minutes dated Wednesday, May 14, 2025, and that entry of an order dismissing the case is requested.

Dated: 5/29/2025

/s/ Tiffany D. Castro  
Tiffany D. Castro, Trustee  
Admissions ID No. 1419995  
1220 AUGUSTA DRIVE, SUITE 500  
HOUSTON, TX  77057  
(713) 722-1200 TELEPHONE  
(713) 722-1211 FACSIMILE

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Certification of Non-Compliance has been served upon the Debtor's Attorney via ECF and the Debtor(s) via first class mail on 5/29/2025.

/s/ Tiffany D. Castro  
Tiffany D. Castro, Trustee